IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GUADALUPE TORRES and<br>NELSON TORRES<br><br>    Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM<br><br>    Defendants. | :<br>:<br>:  CIVIL ACTION NO. 02-CV-3385<br>:<br>:<br>:<br>:<br>:  ENTRY OF APPEARANCE<br>:<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

To the Clerk of the Court:

Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,

_____          _____
Hope S. Freiwald                                       Aline Fairweather

_____          _____
Alison T. Conn                                          Kirstin J. Miller

Dated: July 25, 2002                          DECHERT PRICE & RHOADS
                                                              4000 Bell Atlantic Tower
                                                              1717 Arch Street
                                                              Philadelphia, PA  19103-2793
                                                              (215) 994-4000